IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01237-REB-KLM

RICHARD HOUK, and
KENYA HOUK,

    Plaintiffs,

v.

THE TRAVELERS HOME AND MARINE INSURANCE COMPANY, dba Travelers,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiffs' Motion for Joinder Pursuant to F.R.C.P. 20** [Docket No. 20; Filed June 11, 2012] (the "Motion").  Plaintiffs have failed to comply with D.C.COLO.LCivR 7.1A., which provides as follows: "The court will not consider any motion, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a pro se party, before filing the motion, has conferred or made reasonable, good-faith efforts to confer with opposing counsel or a pro se party to resolve the disputed matter."  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**.  The parties are cautioned that Rule 7.1A. requires "meaningful negotiations."  *Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 635 (D. Colo. 2003).

    Dated:  June 13, 2012