**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-01237-REB-KLM

RICHARD HOUK, and
KENYA HOUK,

     Plaintiffs,

v.

THE TRAVELERS HOME AND MARINE INSURANCE COMPANY, d/b/a Travelers,

     Defendant.

**ORDER OVERRULING OBJECTIONS TO AND ADOPTING
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

     The matters before me are (1) the **Recommendation of United States Magistrate Judge** [#37],[1] filed September 10, 2012; and (2) defendant's **Objection to Magistrate Judge's September 10, 2012 Recommendation and Request for De Novo Determination of Plaintiffs' Renewed Motion for Joinder** [#38], filed September 24, 2012. I overrule the objection, adopt the recommendation, grant plaintiffs' motion for joinder, and remand this case.

     As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, objections, and applicable caselaw. The recommendation is detailed and well-reasoned. I concur with the magistrate judge's articulation and analysis of the

---

[1] "[#37]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

factors relevant to an a determination whether to permit post-removal joinder that would destroy diversity jurisdiction pursuant to 28 U.S.C. § 1447(e), as informed particularly in this instance by Fed. R. Civ. P. 20(a)(2). I agree that plaintiffs' motion for joinder is made in good faith and not solely for the purpose of defeating diversity jurisdiction, and that the other considerations pertinent to the exercise of the court's discretion weigh in favor of joinder as well.[2] By contrast, defendant's arguments do not persuade me that it would constitute an abuse of discretion to deny joinder.

Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted. Moreover, as both parties agree that permitting joinder of the non-diverse defendant destroys federal subject matter jurisdiction, the case must be remanded to state court.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#37], filed September 10, 2012 is **APPROVED AND ADOPTED** as an order of this court;

2. That defendant's **Objection to Magistrate Judge's September 10, 2012 Recommendation and Request for De Novo Determination of Plaintiffs' Renewed Motion for Joinder** [#38], filed September 24, 2012, is **OVERRULED**;

3. That **Plaintiff's Renewed Motion for Joinder Pursuant to F.R.C.P. 20** [#23] filed June 14, 2012, is **GRANTED**;

---

[2] The magistrate judge also states that, if the recommendation to grant the motion for joinder is adopted, plaintiffs' contemporaneous motion to remand likewise should be granted. However, because the motion seeks remand on grounds other than the destruction of diversity by the joinder of the non-diverse defendant, I instead deny the motion as moot.

4. That BluSky Restoration Contractors, Inc., is **JOINED** as a party defendant to this action, and the case caption **AMENDED** accordingly;

5. That plaintiffs' **Motion for Remand to State Court, and Alternatively Plaintiff's** [*sic*] **Notify** [*sic*] **They Have Simultaneously Moved for Joinder of a Party Pursuant to F.R.C.P. 20 Which Will Necessitate Remand to State Court** [#19], filed June 11, 2012, is **DENIED AS MOOT**;

6. That **Plaintiffs' Motion To Amend the Complaint Pursuant to Fed. R. Civ. P. 15** [#35], filed September 4, 2012, is **DENIED AS MOOT**;

7. That the Trial Preparation Conference currently scheduled for Friday, April 5, 2012, at 3:00 p.m., as well as the trial currently scheduled to commence on Monday, April 22, 2012, are **VACATED**; and

8. That this case is **REMANDED** to the District Court for the City and County of Denver, Colorado (where it was filed originally as Case No. 2011CV5684).

Dated November 7, 2012, at Denver, Colorado.

**BY THE COURT:**

*[signature]*
Robert E. Blackburn
United States District Judge